UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CURT SHEFULSKY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:23-cv-31 |
| | ) |
| CITY OF GARY and GARY POLICE DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

This matter is before the court *sua sponte*. The parties have 7 days to object to a dismissal of the Gary Police Department based on **Sow v. Fortville Police Department**, 636 F.3d 293, 300 (7th Cir. 2011). The United States Supreme Court has instructed that local government liability under § 1983 "is dependent on an analysis of state law." **McMillian v. Monroe Cty.**, 520 U.S. 781, 786, 117 S. Ct. 1734, 138 L.Ed.2d 1 (1997). Under Indiana law, a "[m]unicipal corporation" is a "unit, ... or other separate local governmental entity that may sue and be sued." Ind. Code § 36–1–2–10. A "'[u]nit' means county, municipality, or township," Ind. Code § 36–1–2–23, and a "[m]unicipality" is a "city or town," Ind. Code § 36–1–2–11. Thus, the Indiana statutory scheme does not grant municipal police departments the capacity to sue or be sued. *See* **Martin v. Fort Wayne Police Dep't.**, 2010 WL 4876728, at *3 (N.D. Ind. 2010).

ENTERED this 16th day of December 2024.

/s/ Andrew P. Rodovich
United States Magistrate Judge